## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| HARLEY ALLEN MULLINS, individually and on behalf of all other similarly situated | ) ) ) ) | Civil Action No.: 25-cv-14000 |
| Plaintiff, | ) ) ) | Jury Trial Demanded |
| v. | ) ) | |
| CENTRAL MANAGEMENT SOLUTIONS, LLC | ) ) | |
| Defendant. | ) ) ) | |

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this 27th day of January, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*
